# Court of Appeals
# of the State of Georgia

ATLANTA,     June 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0374.  ERIC DAVID DIETZ v. FOUT BROTHERS, INC., et al.**

Eric David Dietz filed an application for discretionary appeal from the superior court order affirming the award of the State Board of Workers' Compensation. We dismissed the application as untimely filed on the 31st day.  Dietz filed a motion for reconsideration from this ruling, demonstrating that the application was timely filed.

Dietz's motion for reconsideration is hereby GRANTED.  Our previous order dismissing this application is VACATED and the application is REINSTATED. Upon review of the merits, however, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/07/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*